**GOODMAN LAW FIRM, APC**

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Southwest Credit d/b/a Southwest Credit Systems, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOLKA, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT d/b/a SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>             Defendant. | CASE NO.: 8:23-cv-00011-DOC (DFMx)<br><br>**JOINT STIPULATION FOR DISMISSAL** |

GOODMAN LAW FIRM, APC
11440 W. Bernardo Ct, Suite 300
San Diego, CA 92127

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Daniel Golka and Defendant Southwest Credit d/b/a Southwest Credit Systems, L.P., hereby stipulate that the above-captioned action and any claims that were raised or that could have been raised in this action, be dismissed with prejudice as to Plaintiff, and be dismissed without prejudice as to the putative class, with each party bearing its own costs and attorneys' fees.

Dated: March 31, 2023  **THE LAW OFFICES OF JONATHAN A. STIEGLITZ**

By: */s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz
Attorneys for Plaintiff
Daniel Golka

Dated: March 31, 2023  **GOODMAN LAW FIRM, APC**

By: */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Southwest Credit d/b/a Southwest Credit Systems, L.P.

### Signature Certification

Pursuant to L.R. 5-4.3.4(a)(2)(i), I certify that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 31, 2023  **GOODMAN LAW FIRM, APC**

By: */s/ Brett B. Goodman*
Brett B. Goodman
Attorneys for Defendant
Southwest Credit d/b/a Southwest Credit Systems, L.P.

I certify that on March 31, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 31, 2023

By: */s/ Brett B. Goodman*
Brett B. Goodman