**GOODMAN LAW FIRM, APC**             JS-6

**Brett B. Goodman** (SBN 260899)
11440 W. Bernardo Ct., Suite 300
San Diego, CA 92127
858.757.7262 Direct
858.757.7270 Facsimile
brett@goodmanlawapc.com

Attorneys for Defendant
Southwest Credit d/b/a Southwest Credit Systems, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOLKA, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT d/b/a SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>             Defendant. | CASE NO.: 8:23-cv-00011-DOC (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [17]**<br><br>Honorable David O. Carter |

Based on the Parties' Joint Stipulation for Dismissal, and good cause appearing, IT IS HEREBY ORDERED that this action and any claims that were raised or that could have been raised herein are dismissed with prejudice as to Plaintiff, and dismissed without prejudice as to the putative class, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED:   March 31. 2023

*[signature: David O. Carter]*

David O. Carter
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on March 31, 2023, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 31. 2023

By: */s/ Brett B. Goodman*
Brett B. Goodman